**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6840**

─────────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

LARRY JAMES HILLIAN, a/k/a Larry,

                              Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CR-96-62-3-V)

─────────────

Submitted:  July 12, 2001              Decided:  July 26, 2001

─────────────

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Larry James Hillian, Appellant Pro Se.  Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry James Hillian appeals the district court's order denying his Fed. R. Civ. P. 60(b)(6) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court.[*] See United States v. Hillian, No. CR-96-62-3-V (W.D.N.C. Apr. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                              AFFIRMED

_____

[*] To the extent Hillian attempts to appeal previous court orders in his informal brief, his appeal is untimely as to those orders. See Fed. R. App. P. 4(a).